

# NUMBER 13-21-00161-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF A.A.Z., A.A.Z., AND A.A.L., CHILDREN

---

On appeal from the 156th District Court
of Live Oak County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Silva
Order Per Curiam**

This is an appeal of a final order terminating parental rights. The brief of appellant A.G. was filed on July 6, 2021. The brief of appellee, the Texas Department of Family and Protective Services, was due on July 26, 2021. *See* TEX. R. APP. P. 38.6(b). Appellee has filed a motion for extension of time seeking twenty additional days to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The

intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases. *See* TEX. R. APP. P. 38.6(d).

We GRANT appellee's motion for extension of time and ORDER appellee's brief to be filed on or before 5:00 p.m. on Monday, August 16, 2021. No further extensions of time will be granted absent truly extraordinary circumstances.

PER CURIAM

Delivered and filed on the
27th day of July, 2021.